IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MANDY AND KEVIN WISDOM,** husband and wife, | |
| **Plaintiffs,** | |
| v. | Case No. 17-cv-718-D |
| **LIBERTY MUTUAL FIRE INSURANCE COMPANY, d/b/a LIBERTY MUTUAL,** | |
| **Defendant.** | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiffs Mandy and Kevin Wisdom ("Plaintiffs"), by and through their counsel of record, Michael D. McGrew, Robin D. McGrew, and Matthew M. McGrew of McGrew, McGrew & Associates, and Defendant Liberty Mutual Fire Insurance Company, by and through its counsel of record, William W. O'Connor and Margo E. Shipley of Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C., hereby stipulate to a dismissal with prejudice of all of Plaintiffs' claims and causes of action in the above-styled and numbered case, each party to bear their own attorneys' fees and costs.

                         Respectfully submitted,

                         **HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

By:   *s/William W. O'Connor*
       William W. O'Connor, OBA No. 13200
       Margo E. Shipley, OBA No. 32118
       320 South Boston Avenue, Suite 200
       Tulsa, OK  74103-3706
       Telephone:  (918) 594-0400
       Facsimile:  (918) 594-0505
       Email:  boconnor@hallestill.com
       Email: mshipley@hallestill.com

**ATTORNEYS FOR DEFENDANT, LIBERTY MUTUAL FIRE INSURANCE COMPANY**

- and –

**MCGREW, MCGREW & ASSOCIATES**

*s/Michael D. McGrew**
Michael D. McGrew, OBA No. 13167
Robin D. McGrew, OBA No. 16015
Matthew M. McGrew, OBA No. 32065
400 N. Walker, Suite 115
Oklahoma City, OK 73102
Telephone:  (405) 235-9909
Facsimile:  (405) 235-9929
Email:  mcgrewslaw@yahoo.com

**ATTORNEY FOR PLAINTIFFS, MANDY AND KEVIN WISDOM**

*Signed by filing attorney with permission of Plaintiffs' attorney.*

3745084.1:003439:00014